UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

v.                                                             Criminal No. 13-231 (JNE/JJK)
                                                          ORDER

Tram Vo (1) and Khoi Van (2),

      Defendants.

---

Defendant Khoi Van has moved to sever his trial from that of his co-defendant Tram Vo, or, in the alternative, to join Vo's motions. ECF No. 51. In a Report and Recommendation filed on February 24, 2014, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommends that the Court deny the motion. ECF No. 90. No objections were filed.

Having conducted a de novo review of the record, *see* D.Minn. L.R. 72.2(b), the Court now adopts the Report and Recommendation.

      THEREFORE, IT IS ORDERED THAT:

1. Defendant Van's Motion to Sever Defendant or, in the Alternative, to Join the Co-Defendant's Motions [ECF No. 51] is DENIED.

Dated: March 19, 2014                                        s/Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                   United States District Judge